UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY ROY PARDO DEL-AGUILA,<br>Petitioner(s),<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent(s). | CASE NO. C26-2624-KKE<br>ORDER GRANTING IFP APPLICATION |

Currently before the Court is Petitioner's application to proceed *in forma pauperis* in this 28 U.S.C. § 2241 habeas action. Dkt. No. 3. Petitioner demonstrates that he is unable to afford the $5.00 filing fee. Accordingly, the Court GRANTS Petitioner's application to proceed *in forma pauperis*. *Id*.

Dated this 28th day of July, 2026.

Kymberly K. Evanson
United States District Judge